

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 23 2008
Jun 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Scott Edward Adamik
Scott E. Adamik

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

John Doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case 08CV3574
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
(To

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Scott Edward Adamik

   B. List all aliases: _____

   C. Prisoner identification number: County ID#: 45202 / Prison ID# R44445

   D. Place of present confinement: As of 5/25/08: DuPage Co. Jail

   E. Address: 501 N County Farm Rd Wheaton IL 60187

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: John Does

      Title: DuPage Co Jail

      Place of Employment: ''

   B. Defendant: N/A

      Title: ''

      Place of Employment: ''

   C. Defendant: N/A

      Title: ''

      Place of Employment: ''

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _n/a_

   B. Approximate date of filing lawsuit: _6/11/08_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Scott Edward Adhmilk

   D. List all defendants: _n/a_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _n/a_

   F. Name of judge to whom case was assigned: _n/a_

   G. Basic claim made: _file_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _n/a_

   I. Approximate date of disposition: _n/a_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As follows

**V.　　Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

VI.　　The plaintiff demands that the case be tried by a jury.　　☒ YES　　☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __06__ day of __16__, 20__08__

__Scott E Adamik__ (signature)
(Signature of plaintiff or plaintiffs)

__Scott E Adamik__
(Print name)

__DuPage CO. ID # 45202__
(I.D. Number)
　　__Prison ID # R44448__

__501 N County Farm Rd__

__Wheaton IL. 60187__
(Address)



## OFFICE OF THE SHERIFF
### COUNTY OF DUPAGE

**JOHN E. ZARUBA**
SHERIFF

501 N. COUNTY FARM ROAD
WHEATON, ILLINOIS 60187
ADMINISTRATION (630) 682-7269
CIVIL DIVISION (630) 682-7250

TO : Inmate Scott Adamik 2Y-8

FROM : Deputy Martin C. Manion Special Services Manager

DATE : 12 June, 2008

RE : Grievance

In follow up to our previous conversation regarding incident on September 7, 2006, before you being sent to IDOC. You claim that you were hit in face by inmate and your tooth was knocked out. Medical records confirm that you were struck in face on above date and medical staff seen you immediately after incident. On same date the staff dentist removed your tooth and stitches were given. The stitches were removed on September 14th. It should be noted that upon intake into the DuPage County Jail you complained about bad teeth. I recommend that if you wish to pursue matter of filing law suit on inmate who struck you, contact your attorney for proper direction.

```
It Should also be noted that the bad tooth was removed
prior to the incident in this case
```

Copy:
Chief Wulff
Grievance File
Inmate File
File

# DUPAGE COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

FORM:SO-00422
REVISED:02/06

**PRINT NAME:** Scott E Adamik

**DATE:** 6- -08

**DOCKET NUMBER:** 45202

**HOUSING LOCATION:** D/L 2 POD Y CELL 08

CHECK ONLY ONE ITEM PER SLIP

page one of two: complaint

### LEGAL
- [ ] PUBLIC DEFENDER
- [ ] PROBATION

CASE # _____
COURT ROOM # _____

### ADMINISTRATIVE SERVICES
- [ ] SEE WATCH SUPERVISOR
- [ ] LAW LIBRARY
- [ ] OUTDATE/WARRANT CHECK
- [ ] HAIRCUT
- [ ] LETTER OF INCARCERATION REQUEST
- [x] GRIEVANCE and appeal
- [ ] COMMISSARY AUDIT
- [ ] TRUSTY WORK REQUEST
- [x] OTHER 42 USC § 1997e(a) 1983
  28 USC § 1915 and 1746 § 1651

### JUST of DUPAGE SOCIAL/EDUCATIONAL SERVICES
- [ ] ALCOHOLICS ANONYMOUS
- [ ] NARCOTICS ANONYMOUS
- [ ] ADDICTION EDUCATION/12 STEP
- [ ] AL-ANON (FEMALE ONLY)
- [ ] SUBSTANCE ABUSE COUNSELING
- [ ] DOCE PASOS DE VICTORIA
- [ ] ONE ON ONE COUNSELING
- [ ] RELAPSE PREVENTION/HEALING ADDICTIONS
- [ ] "TO COURT" LETTER (REQUEST OF ACTIVITIES ATTENDED)
- [ ] JOB READINESS
- [ ] GED
- [ ] BASIC COMPUTER TRAINING
- [ ] ANGER MANAGEMENT
- [ ] BOOK CLUB (FEMALE ONLY)
- [ ] PARENTING (FEMALE ONLY)
- [ ] TELEPHONE REQUEST

### JUST of DUPAGE RELIGIOUS SERVICES
- [ ] CATHOLIC WORSHIP
- [ ] MUSLIM WORSHIP
- [ ] CHRISTIAN WORSHIP/BIBLE STUDY
- [ ] CHAPLAIN, JUST of DUPAGE
- [ ] SCRIPTURE REQUEST (TYPE) _____
- [ ] ESTUDIO DE LA BIBLIA EN ESPANOL
- [ ] BIBLE STUDY CORRESPONDENCE COURSE

### JAIL CHAPLAIN SERVICES
- [ ] DEACON ANDREW, CHAPLAIN
- [ ] FATHER GREG, ASS'T. CHAPLAIN

### DUPAGE COUNTY HEALTH DEPARTMENT
- [ ] HEALTH EMPOWERMENT (FEMALES ONLY)
- [ ] OTHER _____

**DESCRIBE** (Use Reverse Side If More Space Is Needed)

pursuant to The Grievance and subsequent appeal to that grievance submitted on 6-6-08 and appeal submitted on 6-16-08! I Scott E Adamik declare under Penalty of Perjury pursuant to 28 USC § 1746 § 1651 that Pursuant to 28 USC § 1915 and 42 USC § 1997e(a) and 42 USC § 1983 That I have met all Required obligations Explained in Booth v. Churner and the (P.L.R.A.) Regarding Exhaustion of my Available Administrative Remedies prior to filing this Action In Federal Court. I am also Indigent and cannot afford to hire an Attorney. I also request Appointment of Counsel to help me discover names, dates, times, capacity's and titles of defendant officer's, John Doe's, ect. As follows →

Page Five of two: Complaint

I wrote a Grievance on 6-6-08 I did not recieve a proper an timely response to that Grievance as my right to meaningful access to the courts was being obstructed as explained In Bounds v. Smith 430 US 817, Booth v. Churner (citations) and 42 USC §1997e(a) (P.L.R.A.) Required for Filing 42 USC §1983 Civil Rights Action In Federal courts. I had only two years from August two thousand six (8-2006) to August Two thousand eight (8-2008) to file my complaint So I no have to write John Doe as defendent and Party's as the Jail Grievance procedure and Grievance procedure's has not helped obtain the nessasarry Relevant Information needed such as Defendants officers an party's names, Date's, Times, titles, Ect. an how they employed And In what capacity they were acting etc. I however will give the following Information In my attempt to state a valid claim pursuant to Haines v. Kerner 404 US. 519 (1972) Rehearing Denied 405 US 948 (1972).

In August 2006 I, Scott C. Adamitis was a prisoner detained In pretrail custody at the Dupage county Jail At A Unknown But Discoverable Date, time, an location's I was I was seated at a table In my pod when for no apperent reason The Inmate Sitting next to me punched me In the mouth and Broke my Front tooth out also causing me to require Stitches and experience severe pain an emotional duress also Psychologial discomfort. The deputy on duty was notified and I was escoted to the Dupage County Jail's Medical/Dental Department. The dentist removed the remainder of my tooth an then I recieved Stitches to my face. I was later Interviewed by the Sheriffs an personell then asked me to discribe what happened. I did So and A Incident Report was taken

I was Informed that the prisoner who had hit me has a violent and perhaps a psychiatric history which watch Jail Officers were previously aware of when confronted By the Officer's the Inmate Became very violent An had to be seperated From the Pod an held In segregation

Though Jail Officer's possed such Knowledge prior to my Injury that This prisoner was prone to violent unprovoked attacks on other person's Then said Jail Officers John Doe's an parties had a duty to protect me from this Violent Prisoner and failed to do so causing me extreme pain and Discomfort

I was to recieve a replacement for my front tooth as well as medication for pain But I did not! No medication to relieve my pain and needless suffering or no replacement front tooth, though I Did complain often to no response. I have been permanently disfigured as a direct and proximate result of willful an wonton Failure to protect me from a prisoner known for his violent history and as Responsible Officer's acted recklessly and with disregard to put me In this risk of harm with a requisite and culpable mindful state exposing me to actual and Physical an psychological damages which could of been avoided had John Doe's Officer's simply acted on there knowledge an seperated this person from the Jail's General Population. I Belive Strongly that I am entitled to recieve compensation and punitive damage's after deliberation by trail of facts. I also request permission to proceed as a pauper pursuant to 28 USC §1915 an and 42 USC §1983 I would also request Appointment of counsel to help me do limted discoveries to find out the Identities of said defendent and officers party's of John Doe's as well as to obtain Relevant Records of discribed events