

**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):**   SCOTT EDWARD ADAMIK

**Defendant(s):**   JOHN DOER

**County of Residence:**   DUPAGE

**County of Residence:**

**Plaintiff's Address:**

Scott Edward Adamik
#45202
Dupage - DCJ
P.O. Box 957
Wheaton, IL   60187

**Defendant's Attorney:**

## 08CV3574
## JUDGE NORGLE
## MAGISTRATE JUDGE NOLAN

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**FILED**

**JUN 2 3 2008** T C

Jun 23, 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** a. E. Woodham   **Date:** 06/23/2008