IN THE COURT OF THE UNITED STATES DISTRICT COURT OF ILLINOIS NORTHERN DIST.

SCOTT E. ADAMIK, JR # 45202,

    PLAINTIFF - APPLICANT,  CASE NO # 08-C-3574

VS.

JOHN DOES AND  DEFENDANTS,
DUPAGE COUNTY/JAIL

**FILED**
JUL 2 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPLICATION TO PROCEED INFORMA PAUPERIS 28 U.S.C. § 1915 et seq.

1. I, SCOTT E. ADAMIK, J.R. # 45202, HEREBY SUBMIT MY ORIGINAL APPLICATION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 USC § 1915 et seq. IN FURTHER SUPPORT THEREOF I DECLARE THAT PURSUANT TO 28 USC § 1746 UNDER PENALTY OF PERJURY THAT;

2. I AM AN INDIGENT PRISONER CONFINED AT THE DUPAGE COUNTY JAIL AS; SCOTT E. ADAMIK, J.R. # 45202, P.O. BOX 957 WHEATON, IL 60189-0957. I CAN NOT AFFORD TO PAY COSTS OR FILING FEE ASSOCIATED WITH THE LITIGATION OF THIS CLAIM. I ALSO CANNOT AFFORD TO HIRE AN ATTORNEY TO HELP ME INVESTIGATE MY CLAIMS AND TO HELP ME FIND OUT THE IDENTITY OF THE JOHN DOE DEFENDANTS.

3. I DO NOT HAVE ANY BANK ACCOUNTS, OR OWN ANY REAL ESTATE, CARS, BOATS, STOCKS, BONDS, NOTES OR ANY THING ELSE OF VALUE DUE TO MY INCARCERATION I DO NOT HAVE ANY CASH AT HAND, THEREFORE, I REQUEST PERMISSION TO PROCEED WITHOUT BEING REQUIRED TO FIRST PAY COSTS ASSOCIATED WITH THIS LITIGATION AS I AM INDIGENT.

                 *Scott E. Adamik*

RESPECTFULLY SUBMITTED

SCOTT E. ADAMIK # 45202
DUPAGE CO. JAIL
P.O. BOX 957 WHEATON, IL
60189-0957

DATE: 7-12-08

IN THE COURT OF THE UNITED STATES DISTRICT COURT OF ILLINOIS
NORTHERN DISTRICT EASTERN DIVISION 219 S. DEARBORN ST.
CHICAGO, IL 60604

SCOTT E. ADAMIK - PLAINTIFF,    ) CASE NO # 08-C-3574
V.                              )
JOHN DOES - et al               )
DUPAGE COUNTY/JAIL              )
                   DEFENDANTS,  )

MOTION FOR APPOINTMENT OF COUNSEL

1. I, SCOTT E. ADAMIK, DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE-ENTITLED PROCEEDING AND STATE THAT I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY, AND HEREBY REQUEST THE COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS PROCEEDING.

2. IN SUPPORT OF MY MOTION, I DECLARE THAT I HAVE MADE THE FOLLOWING ATTEMPTS TO RETAIN COUNSEL TO REPRESENT ME IN THIS PROCEEDING:
I WROTE TO ASHLEY S. ROSE (ATTORNEY) AT 799 ROOSEVELT RD. BLDG. 4 SUITE # 6 GLEN ELLYN, IL 60137 (ATTORNEY) JEFF B. FAWELL 500 S. COUNTY FARM RD. SUITE # 200 WHEATON, IL 60187, AND; (ATTORNEY) SCOTT A. BROWER 1 S. 450 SUMMIT AVE. SUITE # 140 OAKBROOK TERRACE, IL 60181. ALL OF WHOM DECLINED TO REPRESENT ME.

3. I HAVE NEVER BEEN PREVIOUSLY REPRESENTED BY ANY ATTORNEY APPOINTED BY THIS COURT IN ANY OTHER PROCEEDING.

4. I HAVE ATTACHED AN APPLICATION ON REVERSE OF THIS PAGE TO PROCEED IN FORMA PAUPERIS WHICH IS MY FIRST EVER APPLICATION DETAILING MY FINANCIAL STATUS AND I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SCOTT E. ADAMIK # 45202
P.O. BOX 957 WHEATON, IL 60189-0957

DATE: JULY 12th, 2008

# DUPAGE COUNTY SHERIFF
## Trust Accounting: Inmate Account Statement

ODCCROTRT0EPI517

July 11, 2008

**Begin Date:** 05/29/2008
**End Date:** 07/11/2008

**Offender:** ADAMIK, SCOTT EDWARD
**ID:** 00045202　　　　　　　　　　　　　　**FBI ID:** 269413MA2
**SID:** IL20244110　　　　　　　　　　　　　**SSN:** 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
**Housing:** DPCJ, A BLDG, SECOND FLOOR, Y-POD, 2-Y-08

### 110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 05/29/2008 | STARTING BALANCE | | 0.00 | | | |
| 05/30/2008 | CASH | 6.00 | 6.00 | | | |
| 05/30/2008 | TB/TP | (0.75) | 5.25 | | | |
| 06/03/2008 | COMMISSARY | (5.25) | 0.00 | | | |
| 06/10/2008 | COMM/UNDERWEAR 3 | (8.40) | (8.40) | | | |
| 06/17/2008 | COMMISSARY | (0.01) | (8.41) | | | |
| 06/24/2008 | COMMISSARY | (0.01) | (8.42) | | | |
| 07/01/2008 | COMMISSARY | (0.01) | (8.43) | | | |
| 07/07/2008 | HAIRCUT | (10.00) | (18.43) | | | |
| 07/08/2008 | COMMISSARY | (0.01) | (18.44) | | | |
| | Ending Balance | | (18.44) | | | |

# DUPAGE COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

FORM:SO-00422
REVISED:02/06

PRINT NAME: SCOTT ADAMIK
DATE: 7-3-08

DOCKET NUMBER: 45202
HOUSING LOCATION: D/L 2 POD Y CELL 08

CHECK ONLY ONE ITEM PER SLIP — Written Copy: Appx. Time of complaint / 7:15 AM

### LEGAL
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- CASE #: 08C3574
- COURT ROOM #: ___

### ADMINISTRATIVE SERVICES
- [ ] SEE WATCH SUPERVISOR
- [x] GRIEVANCE
- [ ] LAW LIBRARY
- [ ] COMMISSARY AUDIT
- [ ] OUTDATE/WARRANT CHECK
- [ ] TRUSTY WORK REQUEST
- [ ] HAIRCUT
- [x] OTHER: verbal via-Intercom
- [ ] LETTER OF INCARCERATION REQUEST

also Grievance sent to Marty Manion

### JUST of DUPAGE SOCIAL/EDUCATIONAL SERVICES
- [ ] ALCOHOLICS ANONYMOUS
- [ ] JOB READINESS
- [ ] NARCOTICS ANONYMOUS
- [ ] GED
- [ ] ADDICTION EDUCATION/12 STEP
- [ ] BASIC COMPUTER TRAINING
- [ ] AL-ANON (FEMALE ONLY)
- [ ] ANGER MANAGEMENT
- [ ] SUBSTANCE ABUSE COUNSELING
- [ ] BOOK CLUB (FEMALE ONLY)
- [ ] DOCE PASOS DE VICTORIA
- [ ] PARENTING (FEMALE ONLY)
- [ ] ONE ON ONE COUNSELING
- [ ] TELEPHONE REQUEST
- [ ] RELAPSE PREVENTION/HEALING ADDICTIONS
- [ ] "TO COURT" LETTER (REQUEST OF ACTIVITIES ATTENDED)

### JUST of DUPAGE RELIGIOUS SERVICES
- [ ] CATHOLIC WORSHIP
- [ ] SCRIPTURE REQUEST (TYPE) ___
- [ ] MUSLIM WORSHIP
- [ ] ESTUDIO DE LA BIBLIA EN ESPANOL
- [ ] CHRISTIAN WORSHIP/BIBLE STUDY
- [ ] BIBLE STUDY CORRESPONDENCE COURSE
- [ ] CHAPLAIN, JUST of DUPAGE

### JAIL CHAPLAIN SERVICES
- [ ] DEACON ANDREW, CHAPLAIN
- [ ] FATHER GREG, ASS'T. CHAPLAIN

### DUPAGE COUNTY HEALTH DEPARTMENT
- [ ] HEALTH EMPOWERMENT (FEMALES ONLY)
- [ ] OTHER ___

**DESCRIBE** (Use Reverse Side If More Space Is Needed)

I need to be seperated from Sean Dunnavant for recent altercations

Still no responce as of (date) 7-10, 7-13,

Scott C. Adamik

**DUPAGE COUNTY JAIL**
**INMATE REQUEST/GRIEVANCE FORM**

FORM:SO-00422
REVISED:02/06

PRINT NAME: Scott Adamik
DATE: 7/3/08
DOCKET NUMBER: 45202
HOUSING LOCATION: D/L 2 POD 4 CELL 08

Written Copy Complaint

CHECK ONLY ONE ITEM PER SLIP

### LEGAL
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- CASE # 08C3574
- COURT ROOM # ___

### ADMINISTRATIVE SERVICES
- [ ] SEE WATCH SUPERVISOR
- [x] GRIEVANCE
- [ ] LAW LIBRARY
- [ ] COMMISSARY AUDIT
- [ ] OUTDATE/WARRANT CHECK
- [ ] TRUSTY WORK REQUEST
- [ ] HAIRCUT
- [x] OTHER Also-By-Intercom
- [ ] LETTER OF INCARCERATION REQUEST    Grievance also sent to Marty Manion

### JUST of DUPAGE SOCIAL/EDUCATIONAL SERVICES
- [ ] ALCOHOLICS ANONYMOUS
- [ ] JOB READINESS
- [ ] NARCOTICS ANONYMOUS
- [ ] GED
- [ ] ADDICTION EDUCATION/12 STEP
- [ ] BASIC COMPUTER TRAINING
- [ ] AL-ANON (FEMALE ONLY)
- [ ] ANGER MANAGEMENT
- [ ] SUBSTANCE ABUSE COUNSELING
- [ ] BOOK CLUB (FEMALE ONLY)
- [ ] DOCE PASOS DE VICTORIA
- [ ] PARENTING (FEMALE ONLY)
- [ ] ONE ON ONE COUNSELING
- [ ] TELEPHONE REQUEST
- [ ] RELAPSE PREVENTION/HEALING ADDICTIONS
- [ ] "TO COURT" LETTER (REQUEST OF ACTIVITIES ATTENDED)

### JUST of DUPAGE RELIGIOUS SERVICES
- [ ] CATHOLIC WORSHIP
- [ ] SCRIPTURE REQUEST (TYPE) ___
- [ ] MUSLIM WORSHIP
- [ ] ESTUDIO DE LA BIBLIA EN ESPANOL
- [ ] CHRISTIAN WORSHIP/BIBLE STUDY
- [ ] BIBLE STUDY CORRESPONDENCE COURSE
- [ ] CHAPLAIN, JUST of DUPAGE

### JAIL CHAPLAIN SERVICES
- [ ] DEACON ANDREW, CHAPLAIN
- [ ] FATHER GREG, ASS'T. CHAPLAIN

### DUPAGE COUNTY HEALTH DEPARTMENT
- [ ] HEALTH EMPOWERMENT (FEMALES ONLY)
- [ ] OTHER ___

DESCRIBE (Use Reverse Side If More Space Is Needed)

Complaint: On 6-28-08 Sean Dunnavant was assigned to my Pod. The next day at the gym there was a fight and Sean Dunnavant was in the middle of it. He was pushing an inmate by the name of Chad Cook. It was broke up. When everyone returned to the Pod I notice Dunnavant and he notice me. I could not belive it was him. I could not belive Dupage County would put this

person with me! Not only once But "Twice" He stated That he remembered me from Another Pod Some time ago And that this was going to be a problem. He stated That he was Quick tempered and was going from 1 to 10 In a heart Beat. I Decided right Then to write a grievance to Martin Manion: Deputy-Special Service's Manager / I Did not recieve A responce. I waited until the next Day And Decided to write a Grievance to the Deputy on Duty But Instead I had gotten ahold of him Via-Incom And Informed him of the situation. I told him also that I Did not want to Be attacked again for the second time. I Informed the officer of the mental And physical stress and that This was unbelieveable! How could Dupage County Be so Irresponcible and Negligent! Not only to let this happen the first time But to Put this violent Person In with me A second time! Also Knowing his violent reputation. Erly that week Martin Manion Brought me Down to his office to go thru Some file's he had and made me copies of the Inmate file of the Incident with Dunnavant! also the follow up Report. I showed them to the officer on duty. The officer Stated that he had to contact his superior's to make this Discusion. After approx: 10 min. I was asked to step out of my Pod And Change my Blue wrist Band to yellow The officer Then gave me Back the file and report and sent me Back to my cell. Approx: 5 min. They removed Dunnavant from the Pod the officer Informed me that he had moved him to a different floor for my protection! I Belive he stated the 3rd floor

7-3-08       [signature]

7-10 Statement: I have not Yet Been given any Statements, files, or reports, of this Incident as of yet! (Also) Let It Be Noted that the Incident Report form SO-00457 and follow-up Report form DCCC 1068 was not Delivered to me as stated on the forms By Deputy Young (Date): 9-7-06 (Time): 3:00 They were copied and Given to me on (Date) - 6-30-08 By Martin Manion Deputy Special Service's Manager

UPDate: 7-12-08 I Still have not recieved And Statements, forms, or Report's of the Incident on 7-3-08 of Dunnavant's removal from the 2-Y Pod

DuPage County Correctional Center
Wheaton, Illinois
**Incident Report**

FORM: SO-00451
REV: 6-02

Report # DCC _____-_____

**Violations**
1-02 Assault and/or Battery
2-16 Disobeying written/verbal orders
2-26 Disorderly conduct
1-20 Language (see follow-up)

A copy of the incident report was delivered to the inmate
By: Dep. Yours
Date: 9/7/6   Time: 2300
A hearing will be held on the alleged violations.

**INMATE FILE**

| Date of Report | Time |
|---|---|
| 9/7/2006 | 5:38:0 1 PM |

Reporting Officer: Deputy M. Modine          Emp. # 432

| Nature of Incident | Location of Incident | Date | Time |
|---|---|---|---|
| Fight | 3-W-Pod | 9/7/2006 | 16:15 |

**Persons(s) Involved**

| Name | IR # | Docket # | Witness(es) Name | Emp./Docket # |
|---|---|---|---|---|
| Dunnavant, Sean (Charged) | 13312 | 20608405 | Sgt. T. Lorigan | 830 |
| Adamik, Scott (Not Charged) | 45202 | 20610570 | Deputy J. Putnam | 294 |
| | | | Deputy B. Ritter | 359 |
| | | | Nurse H. Olsen | 589 |

| C.E.R.T. Team Members | Requested | Yes | | No | X |
|---|---|---|---|---|---|
| | Involved | Yes | | No | X |

☑ Yes Wristband applied by (if applicable): To both
☐ Copy of request slip to inmate file (if applicable).   ☐ Population boards tagged (if applicable).
Copy:
☑ Supervisors, ☑ MSU, ☐ Psych, ☑ Seg Book, ☐ Rec Room, ☐ Housing Sheet, ☐ Court Coordinator, ☐ R&D, ☐ Social Services
☐ Chaplain, ☐ Law Library, ☐ Laundry, ☐ Transport, ☐ Visiting, ☐ Kitchen, ☐ Trusty Supervisor, ☐ Contract Supervisor,
☐ Fire & Safety Ofc, ☐ OPS, ☐ Special Services Manager, ☐ Administrative Assistant, ☐ Work Release, ☐ Separation Coordinator

**Narrative:** (Describe the incident and what if any action was taken)

On the above date and time this R/D was notified by Inmate Adamik, Scott (3-W-12), via the intercom, that he had been struck in the face by inmate Dunnavant, Sean (3-W-09). Inmate Adamik stated, "We were playing dominoes and we began to disagree that's when he hit me in the face. My lip is bleeding and he broke my tooth. Deputy just move me, I just want to be moved to another pod." This R/D notified Sgt. Lorigan about the situation, see Sgt.'s follow up report. This R/D notified Nurse Olsen regarding the situation. Per Nurse Olsen inmate Adamik was seen by the dentist for a broken tooth resulting from the altercation (see medical file). Both inmates were placed on separation and relocated to separate locations. Inmate Dunnavant was relocated to 1-R-01, due to his agitated state, pending a disciplinary hearing by Deputy Ritter and Sgt. Lorigan. Inmate Adamik was relocated to 3-X-12 by Deputy Putnam. All boards, tiers, and computer were updated by this R/D.

Signature Watch Commander                              Signature Reporting Officer

DuPage County Corrections Bureau
Wheaton, Illinois
**FOLLOW-UP REPORT**

Form: DCCC 1068
REV: 6/02

Inmate's Name: **Dunnavant, Sean, Adamik, Scott**  Inmate's Docket Number: 20608405 / 20610570
Inmate's IR Number: 100012 / 45202
Reporting Deputy's Name: Sgt. T. Lorigan  Employee Number: 830
Date of Incident: 09/07/06  Time of Incident: 16:15
Date of Report: 09/07/2006 Time of Report: 22:23

☐ ____ Wristband applied by *(if applicable)*: ____   ☒ Population boards tagged *(if applicable)*.
☐ Copy of request slip to inmate file *(if applicable)*.
Copy:
☒ Supervisors, ☐ MSU, ☐ Psych, ☒ Seg Book, ☐ Rec Room, ☐ Housing Sheet, ☐ Court Coordinator, ☐ R&D, ☐ Social Services
☐ Chaplain, ☐ Law Library, ☐ Laundry, ☐ Transport, ☐ Visiting, ☐ Kitchen, ☐ Trusty Supervisor, ☐ Contract Supervisor
☐ Fire & Safety Ofc., ☐ OPS, ☐ Special Services Manager, ☐ Administrative Assistant, ☐ Work Release, ☐ Separation Coordinator

**Narrative:** (Describe the incident and what if any action was taken)

On the above date and time, I was informed by Dep. Modine that inmate Adamik was stating that he was just hit in the face by inmate Dunnavant (see Dep. Modine's report). I interviewed both inmates as well as a number of random witnesses. The results are as follows:

**3-W-01 Elarde, Anthony 20610564**: Stated that he saw nothing, but just heard inmate Adamik say, "What the fuck".
**3-W-03 Karney, Patrick 20609602**: Stated that he saw nothing, but stated that Adamik was verbally antagonizing Dunnavant.
**3-W-4B Betor, Robert 20608649**: Stated that he saw nothing.
**3-W-07 Hamilton, Randall 20608479**: Stated that he saw nothing.
**3-W-11 Adams, Donald 20610117**: Stated that he saw nothing.
**3-W-13 Williams, Michael 20609954**: Stated he saw nothing.
**3-W-16 Coleman, Calvin 20609481**: Stated that he saw nothing.
**3-W-12 Adamik, Scott 20610570 (Victim)**: Stated that he was playing dominos with Dunnavant and they started arguing. Inmate Dunnavant then punched him in the face.
**3-W-09 Dunnavant, Sean 20608405 (Suspect)**: Stated that he was playing dominos with Adamik. They began arguing. Dunnavant stated that he swung his arms and accidentally hit a bottle sitting on the table. Dunnavant stated that the bottle accidentally hit Adamik in the face (it should be noted that Adamik's tooth was knocked out and his lip was cut). I informed Dunnavant that I was going to relocate him to a different pod pending his hearing. Inmate Dunnavant became very agitated at having to relocate. I tried to explain that he was simply being relocated to a different pod. He became increasingly agitated that he had to move, stating that it was just as bad being relocated to another pod as it would be moved to receiving. Due to his increasing agitation, Dunnavant was relocated to 1-R-01 (lockdown administrative segregation). When he was placed in 1-R-01, Dunnavant began kicking the cell door. When Sgt. Collins asked inmate Dunnavant to stop kicking the door, inmate Dunnavant stated "fuck off" and then spit on the window of the cell door. Inmate Dunnavant continued to kick the door, flood his cell, and throw food items out from under the cell door. Approximately two hours later, inmate Dunnavant calmed down.
\*\* It should be noted that inmate Dunnavant is currently incarcerated for six counts of Aggravated Battery, one Resisting a Police Officer case, and a two count Simple Battery case. Upon arriving at this facility, inmate Dunnavant also hit another inmate while in holding according to inmate witness (see Sgt. Mateer's report). Also, Dunnavant was released from disciplinary segregation on 08/28/06 for using abusive language to staff.

Signature of Watch Commander          Signature of Reporting Deputy